IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02863-RPM

DIANE C. BORTLES,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE 2,

    Defendant.
_____

ORDER EXTENDING TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT
_____

    Upon review of Plaintiff's unopposed motion for extension of time, to and including October 7, 2013, to respond to Defendant's motion for summary judgment [18], it is

    ORDERED that the motion is granted.

    Dated:   September 18th, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge