IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02863-RPM

DIANE C. BORTLES

      Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE 2,

      Defendant.

**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS FOR DEFENDANT'S FAILURE TO COMPLY WITH FED. R. CIV. P. 30(b)(6)**

Plaintiff Diane Bortles has moved this Court to impose sanctions against Defendant Boulder Valley School District No. RE-2 ("the District") for failing to comply with Federal Rule of Civil Procedure 30(b)(6). [*See* Doc. 17.] Specifically, Bortles contends that the District's 30(b)(6) deponents lacked sufficient knowledge of information relevant to the case to satisfy the District's obligations under the Rule. She seeks an order prohibiting the District from offering testimony or other evidence at trial that (1) pertains to any of the subjects specified in her Rule 30(b)(6) deposition notice, and (2) was not disclosed by the District's 30(b)(6) deponents during their depositions.

Bortles filed her Motion for Sanctions on August 29, 2013. The District filed a Motion for Summary Judgment the same day. [*See* Doc. 15.] Under Federal Rule of Civil Procedure 56(d), a party may oppose summary judgment by showing, "by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its

opposition." In her Response to the District's Motion for Summary Judgment, Bortles did not show that the District's alleged failure to provide adequate 30(b)(6) deponents prejudiced her ability to oppose its Motion. Had she believed that to be the case, it was her obligation to identify specific reasons as to why.

In the absence of a Rule 56(d) issue, and based on the record before it, the Court concluded in a separate opinion filed today that summary judgment in the District's favor is warranted. That ruling effectively moots Plaintiff's requested sanction, which pertains to the giving of evidence at trial.

Accordingly, it is

ORDERED that Plaintiff's Motion for Sanctions for Defendant's Failure to Comply with Fed. R. Civ. P. 30(b)(6) is denied.

Dated: January 6, 2014.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior District Judge