**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02863-RPM

DIANE C. BORTLES,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE 2,

    Defendant.

_____

**JUDGMENT**
_____

    Pursuant to the Memorandum Opinion and Order, entered by Senior District Judge Richard P. Matsch on January 6, 2014, it is

    ORDERED that defendant's Motion for Summary Judgment [15] is granted and it is

    FURTHER ORDERED that judgment is entered in favor of defendant Boulder Valley School District No. RE 2 and against plaintiff Diane C. Bortles, it is

    FURTHER ORDERED that defendant Boulder Valley School District No. RE 2 shall have its costs by the filing of a Bill of Costs with the Clerk of this court within 14 days of entry of judgment.

    Dated:   January 6th, 2014

                                FOR THE COURT:
                                Jeffrey P. Colwell, Clerk

                                  s/J. Chris Smith
                            By _____
                                  Deputy Clerk